# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 22-461V

|  |  |
|---|---|
| JASON CRAIGLE,<br><br>     Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>     Respondent. | Chief Special Master Corcoran<br><br>Filed: April 17, 2026 |

*Heather Marie Schneider, The Locks Law Firm, Philadelphia, PA, for Petitioner.*

*Mitchell Jones, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON ATTORNEY'S FEES AND COSTS[1]

On April 22, 2022, Jason Craigle filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that he suffered a shoulder injury related to vaccine administration caused by an influenza vaccine administered on October 20, 2020. Petition, ECF No. 1. On July 3, 2025, I issued a decision awarding compensation to Petitioner based on the parties' stipulation. ECF No. 44.

---

[1]Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $17,400.26 (representing $14,744.80 in fees plus $2,655.46 in costs). Application for Attorneys' Fees and Costs ("Motion") filed December 18, 2025. ECF No. 47. Furthermore, Petitioner filed a signed statement representing that he incurred no personal out-of-pocket expenses. ECF No. 47-3.

Respondent reacted to the motion on December 29, 2025, indicating that he defers resolution of the amount to be awarded to my discretion. ECF No. 48 at 2-5. Petitioner did not file a reply thereafter.

I have reviewed the billing records submitted with Petitioner's requests. The rates requested for work performed through 2025 for the relevant attorneys are reasonable and consistent with prior determinations, and will therefore be adopted. For paralegal work, Petitioner requests $214.00 per hour for time billed in 2025. ECF No. 47-1 at 9-11. This rate exceeds the Vaccine Program's published Fee Schedules for paralegals for the 2025 timeframe and requires adjustment.[3] I shall instead compensate all paralegal work performed in the 2025 period at the reduced rate of $212.00 per hour, as this rate is more comparable to what a paralegal would receive for that year. However, I find the overall amount billed to be reasonable, and shall be awarded without reduction. But counsel must ensure to apply the appropriate paralegal rates in future cases to avoid a curtailed award.

Furthermore, Petitioner has provided supporting documentation for all claimed costs. ECF No. 47-2. Respondent offered no specific objection to the rates or amounts sought. I find the requested costs reasonable and hereby award them in full.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. **Petitioner is awarded attorneys' fees and costs in the total amount of $17,400.26 (representing $14,744.80 in fees plus $2,655.46 in costs) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.** In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this decision.[4]

---

[3] The OSM Attorneys' Forum Hourly Rate Schedules are available on the U.S. Court of Federal Claims website at https://www.uscfc.uscourts.gov/osm-attorneys-forum-hourly-rate-fee-schedules

[4] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.

**IT IS SO ORDERED.**

s/Brian H. Corcoran
Brian H. Corcoran
Chief Special Master